

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00422-CV

| | | |
|---|---|---|
| IN THE INTEREST OF S.C., A CHILD | § | On Appeal from the 393rd District Court |
| | § | of Denton County (17-5158-393) |
| | § | June 13, 2019 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case. Mother does not challenge the termination of her parental rights to S.C. We dismiss Mother's appeal. There was no error in the trial court's judgment against Father. It is ordered that the trial court's judgment against Father is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
        Justice Mark T. Pittman